Luekinna Hodges

215 E. 14th St. Apt 1

Davenport, IA 52803

RECEIVED

NOV 2 5 2019

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

11/18/2019

US District Court

131 E 4th St

Davenport, IA 52801

Dear Presiding Honorable  Judge:

This letter is a formal request for you to reconsider the decision made on 11/01/2019 regarding my unemployment appeal in the case no. 19B-UI-06690 I was add any additional information for the hearing and I did do that. The recordings during the trials are conflicting. I was not offered employment upon release of jail. There were 3 different reasons for given for terminating my employment. I feel I was fired based on the situation of domestic violence and not of anything that I done wrong. My conduct was perfect in the workplace.

I had taken the liberty of faxing in my paystubs. Parco stated that (the 2nd reason for my termination) was that I was gone for over 30 days but they had in fact terminated me before the 30 days also for the entire month of March I was not working so if that was the case I feel that I should have been terminated at that time.  I did forward my paystubs when sending in the last letter of appeal.

I fully understand the seriousness of my action when being arrested in my home for defending myself against my (ex-husband now). I did take all of the necessary measures to protect myself, coworkers, and place of work by obtaining an order of protection against him (Maurice Sullivan).

In the report it states that one of the reasons for the decision was misconduct but the employer (Parco) clearly stated that there was no misconduct on my behalf at work. My concern is that the majority of the employees have a criminal history, walk off the job, are no-shows and arrested and are still hired back. Also, the restaurant is ran by a slew of family members who take sides. My professionalism and morals caused them to become jealous of me. I had trouble in that area and was threatened as well. Unfortunately, I don't have a way to obtain the

criminal history of the coworkers however I do have a recording of an incident where I was sent home by an employee because she felt like sending me home. I did not know how to download it and send it as evidence.

Now, I see that I sacrificed my moral standards in an attempt to defend myself and regret every bit of it but it does not take away that I was wrongfully terminated due to the issues of domestic violence. I was employee of the month in my first month there and kept the ratings high the time I was employed there.

I am unable to pay back any of the money that they are requesting me to pay back. I feel as though if Parco Ltd had offered me my job back instead of a letter of reference then I would have not needed the money to eat on and live. There several days they called me on my day off and I walked the mile to work to help.

I am just asking that the court reconsider the decision made and do what is fair.  Thank you for your time and consideration.


Sincerely,

Luekinna Hodges

**S T A T E   O F   I O W A**
**BEFORE THE**
**EMPLOYMENT APPEAL BOARD**

LUEKINNA  HODGES
    Claimant,

                                   :   **HEARING NUMBER:** 19B-UI-06690
                                     :

and                                     :   **DECISION ON REHEARING**
                                   :     **REQUEST**

PARCO LTD
    Employer.
                                       :

**THIS DECISION IS FINAL.** Any interested party can petition the **DISTRICT COURT** for review of this decision pursuant to Iowa Code Section 17A.19 (2019).

    The CLAIMANT filed an application for rehearing on the above-listed hearing number.  This application was filed on 10/18/2019.

THE APPLICATION FOR REHEARING IS HEREBY **DENIED** FOR THE FOLLOWING REASON:

The claimant requests this matter be reheard by the Employment Appeal Board.  New evidence or argument sufficient to cause a reversal of our decision was not submitted.  Our earlier decision was correct and supported by the record evidence.  The request for rehearing is **DENIED**.

Members Schmett, Koopmans and Strohman supported the denial of application for rehearing.

FOR THE BOARD:

*Kim Schmett*

Employment Appeal Board

AG/ms
**DATED AND MAILED:** NOV 0 1 2019
Copies to:

    LUEKINNA  HODGES                     PARCO LTD
    215 E 14TH ST  APT 1                 998 FREMONT AVE
    DAVENPORT IA 52803-4516          DUBUQUE IA 52003

## ACKNOWLEDGEMENT OF
## REHEARING APPLICATION

Employment Appeal Board
Lucas State Office Building
Fourth Floor
Des Moines, Iowa  50319
Phone (515) 281-3638
Fax   (515) 281-7191

19B-UI-06690
Appeal Number

**10/18/2019**
Date of Rehearing
Application Request

**October 28, 2019**
Date Mailed

LUEKINNA  HODGES
215 E 14TH ST  APT 1
DAVENPORT IA 52803-4516

PARCO LTD
998 FREMONT AVE
DUBUQUE IA 52003

On 10/18/2019 the CLAIMANT requested the **EMPLOYMENT APPEAL BOARD** rehear this matter.  The request is pursuant to Iowa Code Section 17A.16(2) (2019).

If the **EMPLOYMENT APPEAL BOARD** does not act on this request by 11/7/2019, it is deemed denied by operation of law.

10/22/2019

Your honorable judge. My name is Luekinna Hodges Sullivan.  I am requesting a rehearing in the case no: 19B-UI-06690. I feel that that the case was not fairly sought out. In the statements the employer for Parco stated that there was no misconduct on my behalf and that I never missed work. I was not offered to return to work but was given a letter of reference. I believe this was as a result of the domestic violence issues with my husband.

I have taken the liberty of attaching my paystubs. If you would notice I did not work the whole month of March which was over 30 days not attending work. If this is the case that I missed 30 days then I should should've been fired back in march.

Also I have no way of obtaining the arrest history of many of the employers that work there if being arrested is the case alone. Again, I feel as if this was the issue with my husband calling the job and harassing this employees and sitting on the job which I understand can be dangerous. I completely understand this could be an issue and took the proper steps to get a restraining order against my husband Maurice Sullivan.

In the case of paying back funds. I am unable to do so. I receive disability. I was at Wendy's part time because I was trying to make ends meet.

I also just wanted to mention that I was on April 6th my husband went to jail on our wedding night for assaulting me. He did twice after that and at that point I decided to defend myself because the police would night. I had to save myself and this how the domestic charge came about. I am not a dangerous person nor do I have a history of domestic violence.

I am pleading with the courts to reconsider this decision.


Thank you for your time and consideration.


Sincerely,

Luekinna Hodges Sullivan


If you notice I don't have a pay period for the month of March. The one beginning in March Started the first week of April.

To Whom It May Concern:

I, Luekinna Hodges, am petitioning the court for a rehearing in the case 19B-UI-06690. I feel that there should be a consideration regarding this case. I was a good worker and there was never any misconduct on my behalf in the work place however: I feel that being let go is a result of the domestic violence issues I was having with my husband.  My concern is that the majority of Wendy's employees have been arrested or on probation and were not fired or came back to work immediately. For the month of March and some days I did not work and that is over 30 days so why was I not fired then is the question. I have witnessed people walk of the job in the middle of a shift on more than one occasion and they came back to work. The employee for Parco stated that I could've gotten my job back and that it was offered and that was untrue. I was offered a letter of reference instead of my job back.  In the first week of June 2 of the managers went to jail for fighting and were not released from work.  It seems that there were several reasons as to why I was terminated.  I feel that I was let go because of the domestic issue I was having with my husband in which point I had to defend myself. He was coming on the job and calling and cursing them out. There one was employer name Angie Sutton who volunteered information to him over the phone concerning my whereabouts when I was in the domestic violence shelter. I did get an order of protection but I feel I was treated unfairly in being let go.

Thank you for your time and consideration.


Sincerely,

10-18-19

Luekinna Hodges

10/18/2019

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

**Check Date**
July 5, 2019

**Voucher Number**
33420

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ROCK ISLAND ARSENAL | C | ***4461 | 35.79 |
| **Total Direct Deposits** | | | **35.79** |

32240  41-1000  720112 33420 65849        **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA  52803

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

*last day of work*

**LUEKINNA HODGES**                                         **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 720112 | Fed Taxable Income | 38.75 | Check Date | July 5, 2019 | Voucher Number 33420 |
| Location | 41-1000 | Fed Filing Status | S-0 | Period Beginning | June 17, 2019 | Net Pay 35.79 |
| Hourly | $7.75 | State Filing Status | S-0 | Period Ending | June 30, 2019 | |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| OVERTIM | | | 191.00 |
| REGULAR | 5.00 | 38.75 | 3,556.09 |
| **Gross Earnings** | **5.00** | **38.75** | **3,747.09** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 0.00 | 242.14 |
| IA | | 0.00 | 72.10 |
| MED | | 0.56 | 54.32 |
| SS | | 2.40 | 232.32 |
| **Taxes** | | **2.96** | **600.88** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| ROCK ISLAND C ARSENAL FED CU | ***4461 | 35.79 |
| **Total Direct Deposits** | | **35.79** |

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | Check Date | Voucher Number |
|---|---|---|
| | June 21, 2019 | 32957 |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| Direct Deposit Voucher | ROCK ISLAND ARSENAL | C | ***4461 | 330.51 |
| | **Total Direct Deposits** | | | **330.51** |

32240   41-1000   720112 32957 64949          32240
**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                                      Earnings Statement

| Employee ID | 720112 | Fed Taxable Income | 391.92 | Check Date | June 21, 2019 | Voucher Number | 32957 |
|---|---|---|---|---|---|---|---|
| Location | 41-1000 | Fed Filing Status | S-0 | Period Beginning | June 3, 2019 | Net Pay | 330.51 |
| Hourly | $7.75 | State Filing Status | S-0 | Period Ending | June 16, 2019 | | |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| OVERTIM | | | 191.00 | | No Deductions | | | |
| REGULAR | 50.57 | 391.92 | 3,517.34 | | | | | |
| **Gross Earnings** | **50.57** | **391.92** | **3,708.34** | | | | | |

| Taxes | | Amount | YTD | | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| FITW | | 24.58 | 242.14 | | ROCK ISLAND | C | ***4461 | 330.51 |
| IA | | 6.85 | 72.10 | | ARSENAL FED | | | |
| MED | | 5.68 | 53.76 | | CU | | | |
| SS | | 24.30 | 229.92 | | **Total Direct Deposits** | | | **330.51** |
| **Taxes** | | **61.41** | **597.92** | | | | | |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | Check Date | Voucher Number |
|---|---|---|
| | June 7, 2019 | 32499 |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| Direct Deposit Voucher | ROCK ISLAND ARSENAL | C | ***4461 | 359.38 |
| | **Total Direct Deposits** | | | **359.38** |

32240   41-1000   720112 32499 64060       **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**

Earnings Statement

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **428.65** | Check Date | **June 7, 2019** | Voucher Number | **32499** |
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **May 20, 2019** | Net Pay | **359.38** |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **June 2, 2019** | | |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| OVERTIM | | | 191.00 |
| REGULAR | 55.31 | 428.65 | 3,125.42 |
| **Gross Earnings** | **55.31** | **428.65** | **3,316.42** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 28.25 | 217.56 |
| IA | 8.22 | 65.25 |
| MED | 6.22 | 48.08 |
| SS | 26.58 | 205.62 |
| **Taxes** | **69.27** | **536.51** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ROCK ISLAND ARSENAL FED CU | C | ***4461 | 359.38 |
| **Total Direct Deposits** | | | **359.38** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

# PARCO LTD

Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

**Check Date**
November 23, 2018

**Voucher Number**
26233

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| Direct Deposit Voucher | ROCK ISLAND ARSENAL | C | ***4461 | 501.73 |
| 32240  41-1000  720112 26233 51964 **32240** | **Total Direct Deposits** | | | **501.73** |

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA  52803

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **615.79** | Check Date | **November 23, 2018** | |
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **November 5, 2018** | |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **November 18, 2018** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Voucher Number | **26233** |
| Net Pay | **501.73** |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| OTHER | 0.00 | 65.77 | 65.77 |
| REGULAR | 70.97 | 550.02 | 941.74 |
| **Gross Earnings** | **70.97** | **615.79** | **1,007.51** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 49.49 | 66.73 |
| IA | 17.45 | 22.00 |
| MED | 8.93 | 14.61 |
| SS | 38.19 | 62.47 |
| **Taxes** | **114.06** | **165.81** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| ROCK ISLAND C ARSENAL FED CU | ***4461 | 501.73 |
| **Total Direct Deposits** | | **501.73** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

DUBUQUE, IA 52004-0420

**paylocity**

**Check Date**
November 9, 2018

**Check Number**
1125591

Payroll Check

Pay this amount: Two hundred sixty-eight dollars and ninety-one cents *******************

******** 268.91

To the order of
32240   41-1000   720112 1125591 51083       **32240**
**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

Non Negotiable - This is not a check - Non Negotiable

_____
Authorized Signature

⑈01125591⑈ ⑆073922652⑆ 90113445⑈

**PARCO LTD**

**LUEKINNA HODGES**                                                                          **Earnings Statement**

| Employee ID | 720112 | Fed Taxable Income | 314.72 | Check Date | November 9, 2018 | Check Number | 1125591 |
| Location | 41-1000 | Fed Filing Status | S-0 | Period Beginning | October 22, 2018 | Net Pay | 268.91 |
| Hourly | $7.25 | State Filing Status | S-0 | Period Ending | November 4, 2018 | Check Amount | 268.91 |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 43.41 | 314.72 | 391.72 | | No Deductions | | | |
| **Gross Earnings** | **43.41** | **314.72** | **391.72** | | | | | |

| Taxes | | Amount | YTD | | Direct Deposits Type | | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| FITW | | 17.24 | 17.24 | | No Direct Deposits | | | |
| IA | | 4.50 | 4.55 | | | | | |
| MED | | 4.56 | 5.68 | | | | | |
| SS | | 19.51 | 24.28 | | | | | |
| **Taxes** | | **45.81** | **51.75** | | | | | |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

DUBUQUE, IA 52004-0420

**paylocity**

| | |
|---|---|
| **Check Date** | **Check Number** |
| October 26, 2018 | 1125178 |

Payroll Check

Pay this amount: Seventy-one dollars and six cents ************************************

********* 71.06

To the order of **LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

32240   41-1000   720112 1125178 50256       **32240**

Non Negotiable - This is not a check - Non Negotiable

Authorized Signature

⑆011251781⑆ ⑈073922652⑇ 901134451⑆

# PARCO LTD

**LUEKINNA HODGES**                                                    Earnings Statement

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **77.00** | Check Date | **October 26, 2018** | Check Number | | **1125178** |
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **October 8, 2018** | Net Pay | | **71.06** |
| Hourly | **$7.25** | State Filing Status | **S-0** | Period Ending | **October 21, 2018** | Check Amount | | **71.06** |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 10.62 | 77.00 | 77.00 | | | | | |
| **Gross Earnings** | **10.62** | **77.00** | **77.00** | | No Deductions | | | |

| Taxes | | Amount | YTD | | Direct Deposits Type | | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| FITW | | 0.00 | 0.00 | | | | | |
| IA | | 0.05 | 0.05 | | No Direct Deposits | | | |
| MED | | 1.12 | 1.12 | | | | | |
| SS | | 4.77 | 4.77 | | | | | |
| **Taxes** | | **5.94** | **5.94** | | | | | |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | May 24, 2019 | 32020 |

Direct Deposit Voucher

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| | ROCK ISLAND ARSENAL | C | ***4461 | 459.35 |
| | **Total Direct Deposits** | | | **459.35** |

32240   41-1000   720112 32020 63128          **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA  52803

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                                                          **Earnings Statement**

| Employee ID | **720112** | Fed Taxable Income | **556.69** | Check Date | **May 24, 2019** | Voucher Number | **32020** |
|---|---|---|---|---|---|---|---|
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **May 6, 2019** | Net Pay | **459.35** |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **May 19, 2019** | | |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| OVERTIM | 8.04 | 93.47 | 191.00 | | No Deductions | | | |
| REGULAR | 59.77 | 463.22 | 2,696.77 | | | | | |
| **Gross Earnings** | **67.81** | **556.69** | **2,887.77** | | | | | |

| Taxes | | Amount | YTD | | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| FITW | | 41.80 | 189.31 | | ROCK ISLAND | C | ***4461 | 459.35 |
| IA | | 12.96 | 57.03 | | ARSENAL FED | | | |
| MED | | 8.07 | 41.86 | | CU | | | |
| SS | | 34.51 | 179.04 | | **Total Direct Deposits** | | | **459.35** |
| **Taxes** | | **97.34** | **467.24** | | | | | |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | May 10, 2019 | 31552 |

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| Direct Deposit Voucher | ROCK ISLAND ARSENAL | C | ***4461 | 491.26 |
| | **Total Direct Deposits** | | | **491.26** |

32240  41-1000  720112 31552 62246      **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA  52803

## Non Negotiable - This is not a check - Non Negotiable

## PARCO LTD

**LUEKINNA HODGES**                                    Earnings Statement

| Employee ID | **720112** | Fed Taxable Income | **598.80** | Check Date | **May 10, 2019** | Voucher Number | **31552** |
|---|---|---|---|---|---|---|---|
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **April 22, 2019** | Net Pay | **491.26** |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **May 5, 2019** | | |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| OVERTIM | 8.39 | 97.53 | 97.53 |
| REGULAR | 64.68 | 501.27 | 2,233.55 |
| **Gross Earnings** | **73.07** | **598.80** | **2,331.08** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 46.86 | 147.51 |
| IA | 14.87 | 44.07 |
| MED | 8.68 | 33.79 |
| SS | 37.13 | 144.53 |
| **Taxes** | **107.54** | **369.90** |

| Direct Deposits Type | | Account | Amount |
|---|---|---|---|
| ROCK ISLAND | C | ***4461 | 491.26 |
| ARSENAL FED | | | |
| CU | | | |
| **Total Direct Deposits** | | | **491.26** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | | |
|---|---|---|
| **Check Date** | | **Voucher Number** |
| December 7, 2018 | | 26669 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ROCK ISLAND ARSENAL | C | ***4461 | 324.91 |
| **Total Direct Deposits** | | | **324.91** |

32240   41-1000   720112 26669 52795          **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                                                 **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **386.26** | Check Date | **December 7, 2018** | Voucher Number | **26669** |
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **November 19, 2018** | Net Pay | **324.91** |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **December 2, 2018** | | |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| OTHER | | | 65.77 |
| REGULAR | 49.84 | 386.26 | 1,328.00 |
| **Gross Earnings** | **49.84** | **386.26** | **1,393.77** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 24.40 | 91.13 |
| IA | 7.40 | 29.40 |
| MED | 5.60 | 20.21 |
| SS | 23.95 | 86.42 |
| **Taxes** | **61.35** | **227.16** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| ROCK ISLAND C | ***4461 | 324.91 |
| ARSENAL FED | | |
| CU | | |
| **Total Direct Deposits** | | **324.91** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | December 21, 2018 | 27115 |

| Direct Deposit Voucher | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| | ROCK ISLAND ARSENAL | C | ***4461 | 446.71 |
| | **Total Direct Deposits** | | | **446.71** |

32240  41-1000  720112 27115 53641      **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                                                 Earnings Statement

| Employee ID | 720112 | Fed Taxable Income | 542.62 | Check Date | December 21, 2018 | Voucher Number | 27115 |
|---|---|---|---|---|---|---|---|
| Location | 41-1000 | Fed Filing Status | S-0 | Period Beginning | December 3, 2018 | Net Pay | 446.71 |
| Hourly | $7.75 | State Filing Status | S-0 | Period Ending | December 16, 2018 | | |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| OTHER | | | 65.77 |
| OVERTIM | 0.97 | 11.28 | 11.28 |
| REGULAR | 68.56 | 531.34 | 1,859.34 |
| **Gross Earnings** | **69.53** | **542.62** | **1,936.39** |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 40.71 | 131.84 |
| IA | | 13.70 | 43.10 |
| MED | | 7.87 | 28.08 |
| SS | | 33.63 | 120.05 |
| **Taxes** | | **95.91** | **323.07** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| ROCK ISLAND C ARSENAL FED CU | ***4461 | 446.71 |
| **Total Direct Deposits** | | **446.71** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

# PARCO LTD

Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

**paylocity**

| | |
|---|---|
| **Check Date** | **Voucher Number** |
| January 4, 2019 | 27548 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ROCK ISLAND ARSENAL | C | ***4461 | 449.95 |
| **Total Direct Deposits** | | | **449.95** |

32240   41-1000   720112 27548 54468        **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **544.44** | Check Date | **January 4, 2019** | Voucher Number | 27548 |
| Location | **41-1000** | Fed Filing Status | S-0 | Period Beginning | **December 17, 2018** | Net Pay | 449.95 |
| Hourly | **$7.75** | State Filing Status | S-0 | Period Ending | **December 30, 2018** | | |

| Earnings | Hours | Amount | YTD |
|---|---|---|---|
| REGULAR | 70.25 | 544.44 | 544.44 |
| **Gross Earnings** | **70.25** | **544.44** | **544.44** |

| Deductions | Amount | YTD |
|---|---|---|
| No Deductions | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 40.33 | 40.33 |
| IA | 12.51 | 12.51 |
| MED | 7.89 | 7.89 |
| SS | 33.76 | 33.76 |
| **Taxes** | **94.49** | **94.49** |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| ROCK ISLAND C ARSENAL FED CU | ***4461 | 449.95 |
| **Total Direct Deposits** | | **449.95** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 18, 2019 | 27961 |

Direct Deposit Voucher

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ROCK ISLAND ARSENAL | C | ***4461 | 274.15 |
| **Total Direct Deposits** | | | **274.15** |

32240  41-1000   720112 27961 55285          **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                            **Earnings Statement**

| Employee ID | **720112** | Fed Taxable Income | **320.23** | Check Date | **January 18, 2019** | Voucher Number | 27961 |
|---|---|---|---|---|---|---|---|
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **December 31, 2018** | Net Pay | 274.15 |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **January 13, 2019** | | |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 41.32 | 320.23 | 864.67 | | No Deductions | | | |
| **Gross Earnings** | **41.32** | **320.23** | **864.67** | | | | | |

| Taxes | | Amount | YTD | | Direct Deposits Type | | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| FITW | | 17.41 | 57.74 | | ROCK ISLAND C | | ***4461 | 274.15 |
| IA | | 4.18 | 16.69 | | ARSENAL FED | | | |
| MED | | 4.64 | 12.53 | | CU | | | |
| SS | | 19.85 | 53.61 | | | | | |
| **Taxes** | | **46.08** | **140.57** | | **Total Direct Deposits** | | | **274.15** |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

**Check Date**
February 1, 2019

**Voucher Number**
28392

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| ROCK ISLAND ARSENAL | C | ***4461 | 180.83 |
| **Total Direct Deposits** | | | **180.83** |

Direct Deposit Voucher

32240   41-1000   720112 28392 56117      **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

Non Negotiable - This is not a check - Non Negotiable

## **Non Negotiable - This is not a check - Non Negotiable**

### **PARCO LTD**

**LUEKINNA HODGES**                                             **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **203.28** | Check Date | **February 1, 2019** | Voucher Number | **28392** |
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **January 14, 2019** | Net Pay | **180.83** |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **January 27, 2019** | | |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 26.23 | 203.28 | 1,067.95 | | No Deductions | | | |
| **Gross Earnings** | **26.23** | **203.28** | **1,067.95** | | | | | |

| Taxes | Amount | YTD | | Direct Deposits Type | Account | Amount |
|---|---|---|---|---|---|---|
| FITW | 5.71 | 63.45 | | ROCK ISLAND C | ***4461 | 180.83 |
| IA | 1.19 | 17.88 | | ARSENAL FED | | |
| MED | 2.95 | 15.48 | | CU | | |
| SS | 12.60 | 66.21 | | **Total Direct Deposits** | | **180.83** |
| **Taxes** | **22.45** | **163.02** | | | | |

PARCO LTD | Wendy's Old Fashioned Hamburgers 998 Fremont Ave  Dubuque, IA 52003 | 563-557-1337 | FEIN: 42-1143031 | IA: 00148902

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice



| | | **Check Date** | **Voucher Number** |
| --- | --- | --- | --- |
| | | April 12, 2019 | 30609 |

| | Direct Deposits | Type | Account | Amount |
| --- | --- | --- | --- | --- |
| Direct Deposit Voucher | ROCK ISLAND ARSENAL | C | ***4461 | 150.14 |
| | **Total Direct Deposits** | | | **150.14** |

32240   41-1000   720112 30609 60474        **32240**

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                                    Earnings Statement

| Employee ID | 720112 | Fed Taxable Income | 165.15 | Check Date | April 12, 2019 | Voucher Number | 30609 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Location | 41-1000 | Fed Filing Status | S-0 | Period Beginning | March 25, 2019 | Net Pay | 150.14 |
| Hourly | $7.75 | State Filing Status | S-0 | Period Ending | April 7, 2019 | | |

| Earnings | Hours | Amount | YTD | | Deductions | Amount | YTD |
| --- | --- | --- | --- | --- | --- | --- | --- |
| REGULAR | 21.31 | 165.15 | 1,233.10 | | No Deductions | | |
| **Gross Earnings** | **21.31** | **165.15** | **1,233.10** | | | | |

| Taxes | | Amount | YTD | | Direct Deposits Type | Account | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FITW | | 1.90 | 65.35 | | ROCK ISLAND C | ***4461 | 150.14 |
| IA | | 0.48 | 18.36 | | ARSENAL FED | | |
| MED | | 2.39 | 17.87 | | CU | | |
| SS | | 10.24 | 76.45 | | **Total Direct Deposits** | | **150.14** |
| **Taxes** | | **15.01** | **178.03** | | | | |

**PARCO LTD**
Wendy's Old Fashioned Hamburgers
998 Fremont Ave
Dubuque, IA 52003

Direct Deposit Advice

*paylocity*

| | **Check Date**<br>April 26, 2019 | **Voucher Number**<br>31074 |
|---|---|---|

| | Direct Deposits | Type | Account | Amount |
|---|---|---|---|---|
| Direct Deposit Voucher | ROCK ISLAND ARSENAL | C | ***4461 | 414.85 |
| 32240   41-1000   720112 31074 61361          **32240** | **Total Direct Deposits** | | | **414.85** |

**LUEKINNA HODGES**
215 East 14th Street
Apt 1
Davenport, IA 52803

## Non Negotiable - This is not a check - Non Negotiable

### PARCO LTD

**LUEKINNA HODGES**                                                                                    **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | **720112** | Fed Taxable Income | **499.18** | Check Date | **April 26, 2019** | Voucher Number | **31074** |
| Location | **41-1000** | Fed Filing Status | **S-0** | Period Beginning | **April 8, 2019** | Net Pay | **414.85** |
| Hourly | **$7.75** | State Filing Status | **S-0** | Period Ending | **April 21, 2019** | | |

| Earnings | Hours | Amount | YTD | | Deductions | | Amount | YTD |
|---|---|---|---|---|---|---|---|---|
| REGULAR | 64.41 | 499.18 | 1,732.28 | | No Deductions | | | |
| **Gross Earnings** | **64.41** | **499.18** | **1,732.28** | | | | | |

| Taxes | | Amount | YTD | | Direct Deposits Type | | Account | Amount |
|---|---|---|---|---|---|---|---|---|
| FITW | | 35.30 | 100.65 | | ROCK ISLAND C | | ***4461 | 414.85 |
| IA | | 10.84 | 29.20 | | ARSENAL FED | | | |
| MED | | 7.24 | 25.11 | | CU | | | |
| SS | | 30.95 | 107.40 | | **Total Direct Deposits** | | | **414.85** |
| **Taxes** | | **84.33** | **262.36** | | | | | |

LisiKinn Hodges
215 E 14th St Apt 1
Davenport, IA
52801

US District Court
131 E 4th St.
Davenport, IA
52801

QUAD CITIES IL POF 62
FRI 22 NOV 2019 PM

FOREVER USA